UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAMADOU D. DIAGNE,

                    Plaintiff,

         -against-

HAPAG LLOYD'S AG ATLANTA,

                    Defendant.

24cv9696 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 6, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

  Dated:    March 5, 2026
            New York, New York


                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                          Chief United States District Judge